33 So.2d 279

**Marlin LEACH v. STATE.**

6 Div. 453.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

35 So.2d 922

**Claud LEE v. STATE.**

3 Div. 893.

Court of Appeals of Alabama.
May 18, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

34 So.2d 33

**George LEE, Jr. v. STATE.**

6 Div. 495.

Court of Appeals of Alabama.
Jan. 13, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

29 So.2d 900

**James Albert LEE v. STATE.**

6 Div. 298.

Court of Appeals of Alabama.
Jan. 7, 1947.

HARWOOD, Judge.
Affirmed.

35 So.2d 922

**L. C. LEE v. STATE.**

6 Div. 572.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

36 So.2d 609

**Johnnie LESLIE v. STATE.**

8 Div. 629.

Court of Appeals of Alabama.
May 25, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.